**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
*In Admiralty*

| | |
|---|---|
| Schuyler Line Navigation Company, LLC <br> 130 Severn Ave, Suite 201 <br> Annapolis, MD 21403 <br><br> *Plaintiff* <br><br> v. <br><br> Accelerated International Forwarders, LLC <br> 3726 Lake Avenue <br> Fort Wayne, IN 46805 <br> *Defendant* | Civil No. |

**COMPLAINT**

Plaintiff Schuyler Line Navigation Company, LLC, by and through its attorneys Todd D. Lochner, Gregory R. Singer and Lochner Law Firm, P.C, file this Complaint against Defendant Accelerated International Forwards, LLC, and states in support thereof:

**Summary of Action**

Plaintiff Schuyler Line Navigation Company, LLC ("Schuyler Line") is a Maryland-based shipping company providing ocean freight services on its own vessels world-wide. Defendant Accelerated International Forwarders, LLC ("AIF") is an Indiana-based freight forwarder who contracted with Schuyler Line to place a number of shipments on Schuyler Line's service to Guantanamo Bay, Cuba. These shipments were placed and fulfilled, and AIF has refused to pay the contract price for the shipments or otherwise respond to Schuyler Line. AIF owes Schuyler

Line approximately $81,587.98 for these unpaid shipments, for which Schuyler Line seeks damages from AIF for its breach of contract.

## Jurisdiction and Venue

1. This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333 and is an admiralty or maritime claim within Fed. R. Civ. P. 9(h).

2. This action is also, alternatively, within this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332, where the corporate parties are citizens of different states and the amount in controversy is more than $75,000.

3. Venue is proper within this District because the parties entered into a contract in the state of Maryland, and their contract is subject to a forum selection clause agreeing to venue and jurisdiction before the United States District Court for the District of Maryland.

## The Parties

4. Plaintiff Schuyler Line Navigation Company, LLC ("Schuyler Line") is a limited liability company duly organized under the laws of Maryland, and who performed certain freight shipping services for the Defendant pursuant to the parties' contract.

5. Defendant Accelerated International Forwarders, LLC, is a limited liability company believe to be organized under the laws of Indiana, and who contracted but failed to pay for shipping services provided by Schuyler Line.

## Facts

6. Beginning in 2015, Schuyler Line entered a business relationship whereby it would ship freight arranged by AIF as freight forwarder, on an as-requested basis.

7. As part of that business relationship, the parties entered into a credit agreement whereby Schuyler Line would extend credit for payment of freight shipped by AIF with Schuyler Line.

8. The credit agreement, attached as Exhibit 1, was executed by AIF via Ms. Jackie Dennis, President of AIF.

9. Thereafter Schuyler regularly shipped freight arranged by AIF and AIF regularly paid for its shipments, until 2020 without issue.

10. Since October of 2020, AIF has failed to make payment to Schuyler Line for shipments as they became due.

11. In total AIF has failed to make payment for approximately 12 shipments duly made by Schuyler Line, for a total payment owed of $81,587.98, together with liquidated damages of 25% as provided in the parties' credit agreement.

12. Each of these shipments was successfully completed without issue by Schuyler Line, subject to bills of lading attached as Exhibit 2.

13. Schuyler Line has duly invoiced AIF for these unpaid freight bills, and these invoices are attached as Exhibit 3.

14. Despite repeated demand, AIF has thus far failed to pay the principal amount due to Schuyler Line of $81,587.98, or even respond to Schuyler Line's requests for payment or explanation.

15. Payment for the freight bills described herein is substantially overdue.

16. A statement showing the amount due for each shipment, and the total due to Schuyler Line on AIF's account, is attached hereto as Exhibit 4.

### Count I – Breach of Maritime Contract

17. Schuyler Line incorporates the above paragraphs as if specifically set forth herein.

18. The parties entered into a maritime contract, as evidenced by the bills of lading and credit application attached as Exhibit 1 and Exhibit 2, whereby Schuyler Line would ship freight for AIF in exchange for agreed payment.

19. Schuyler Line has performed all aspects of its contract with AIF, namely by performing the requested shipping without issue.

20. AIF has breached its contract with Schuyler Line by failing to make payment in the principal amount of $81,587.98, with liquidated damages at the rate of 25%.

21. AIF has, despite repeated requests, failed to pay the amount due.

22. Schuyler Line therefore demands judgment, as set out more fully below.

## Count II – Quantum Meruit/Unjust Enrichment

23. Schuyler Line incorporates the above paragraphs as if specifically set forth herein.

24. In the alternative, the freight shipping services provided by Schuyler Line bestowed benefits on AIF.

25. AIF had knowledge of the benefits bestowed upon it by Schuyler Line.

26. AIF retained the benefits conferred upon it by Schuyler Line without paying Schuyler Line the reasonable value of said benefits.

27. AFI should reasonably have expected to pay Schuyler Line for the benefits conferred.

28. By failing to pay the amounts due to Schuyler Line, AIF has been unjustly enriched.

29. The reasonable market value of the benefits bestowed upon AIF by Schuyler Line, is at least the $81,587.98 due to Schuyler Line as set forth in Count I above, together with any additional fees and costs incurred by Schuyler Line.

30. Schuyler Line therefore demands judgment, as set out more fully below.

**Prayer for Relief**

WHEREFORE, Plaintiff Schuyler Line Navigation Company, LLC, prays this Court to:

A. Enter a judgment against AIF for breach of maritime contract; and

B. Enter and an award for compensatory damages in the principal amount of $81,587.98, as the amount due by AIF under its contract with Schuyler Line; and

C. Enter an award for liquidated damages in the amount of $20,396.99, as provided for in the 25% liquidated damages provision of the parties' contract, for a total award of $**101,984.97.**; and

D. Enter such further relief to Schuyler Line as the Court deems just and proper.

Respectfully Submitted July 30, 2021

_/s/_____
Todd D. Lochner (Bar No. 25691)
tlochner@boatinglaw.com
_/s/_____
Gregory R. Singer (Bar No. 19314)
gsinger@boatinglaw.com
Lochner Law Firm, P.C.
91 Main Street, 4th Floor
Annapolis, MD 21401
(443) 716-4400
*Attorneys for the Plaintiff*